IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANET IRELAND, Individually and
and on behalf of the Heirs-at-Law of
JOHN IRELAND, Deceased,

                  Plaintiff,

v.                                          Case No.

FARM BUREAU PROPERTY &
CASUALTY INSURANCE COMPANY,

                  Defendant.

## COMPLAINT

**COMES NOW** the plaintiff, Janet Ireland, individually and on behalf of the heirs-at-law of John Ireland, Deceased, by and through her attorney, Gary D. White, Jr. of Palmer Law Group, LLP, and for her cause of action against the defendant, Farm Bureau Property & Casualty Insurance Company, alleges and states as follows:

## PARTIES

1.      Plaintiff, Janet Ireland, is a domicile of Cottonwood Falls, Chase County, Kansas, and is a citizen of the State of Kansas.

2.      Plaintiff, Janet Ireland, is the surviving spouse of John Ireland, and brings this action individually and on behalf of the heirs-at-law of John Ireland, Deceased. At the time of his death, Mr. Ireland was a domicile of Cottonwood Falls, Chase County, Kansas, and was a citizen of the State of Kansas.

1

3. Janet Ireland and John Ireland, have two (2) adult daughters, Josie Ferstl and Jenaea Baeza, who are heirs-at-law of John Ireland, Deceased. Mr. Ireland has no other children or heirs under Kansas law.

4. Josie Ferstl is a domicile of Topeka, Shawnee County, Kansas, and is a citizen of the State of Kansas.

5. Jenaea Baeza is a domicile of Hesston, Harvey County, Kansas, and is a citizen of the State of Kansas.

6. Defendant, Farm Bureau Property & Casualty Insurance Company (herein "Farm Bureau"), is a foreign corporation organized under the laws of the State of Iowa with its principal place of business located at 5400 University Avenue, West Des Moines, IA 50266, and is authorized to do business in the State of Kansas.

## JURISDICTION

7. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332, in that Janet Ireland, Josie Ferstl and Jenaea Baeza are citizens of the State of Kansas; defendant Farm Bureau Property & Casualty Insurance Company is a citizen of the State of Iowa; and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

## STATEMENT OF FACTS

8. Plaintiff's cause of action arises out of an automobile crash which occurred on June 20, 2024, at approximately 6:25 a.m. on U.S. Hwy. 50, in Marion County, Kansas.

9. At the time of the crash, John Ireland was driving a white 2020 Hyundai Santa Fe westbound on U.S. Hwy. 50. At the same time, Travis Flasschoen was driving eastbound on U.S. Hwy. 50 in his white 2017 GMC Acadia, which was towing a utility trailer. While Mr. Ireland

continued westbound, Mr. Flasschoen's vehicle crossed the center line into the westbound lane. In an attempt to avoid the crash, Mr. Ireland steered his vehicle to the right toward the shoulder of the highway, but his vehicle was struck nearly head-on at highway speeds by Mr. Fasschoen's vehicle 12 feet over the centerline in the westbound lane.  Mr. Ireland was pronounced deceased at the scene at 7:28 a.m.

10. The aforesaid crash was caused by the negligence of Mr. Flasschoen in (a) failing to use ordinary care to keep his vehicle under proper control as to avoid colliding with any other vehicle on the roadway; (b) operating his vehicle left of the centerline of travel, and/or (c) failing to operate the motor vehicle in a safe and prudent manner.

11. Janet Ireland, individually and on behalf of the heirs-at-law of John Ireland, Deceased, make this claim for damages they have incurred by reason of the death of John Ireland pursuant to K.S.A. 60-1901 *et seq.* including but not limited to nonpecuniary damages for mental anguish, suffering and bereavement; loss of society, comfort or companionship; pecuniary damages for loss of services, attention, marital care, advice and protection that the deceased would have provided; pecuniary damages for loss of parental care, advice and protection that the deceased would have provided; financial support that the deceased would have provided to them; and for such other relief to which any heir would be entitled by reason of the death of Mr. Ireland.

12. At the time of the crash, Mr. Flasschoen, was insured by Bristol West Insurance Company ("Bristol West") under a policy of insurance that provided liability insurance coveage in the amount of Twenty-Five Thousand Dollars ($25,000.00) per person.

13. On or about March 18, 2025, Bristol West paid its liability limits of Twenty-Five Thousand Dollars ($25,000.00) per person in settlement of plaintiffs' claims against Mr.

Flasschoen.

14. At all times material hereto, Mr. Flasschoen was an underinsured motorist as defined by K.S.A. § 40-284.

15. At the time of the crash, John and Janet Ireland, were insured by defendant Farm Bureau (policy number 7402911), which provides underinsured motorist coverage for payment of sums that plaintiffs are entitled to recover for bodily injury damages or death due to the negligence of an underinsured owner or operator of a motor vehicle pursuant to K.S.A. § 40-284.

16. The Farm Bureau policy also insures John and Janet Ireland's property against losses caused by fire, tornado, lightning, or hail pursuant to K.S.A. § 40-908.

17. Ms. Ireland brings this action for underinsured motorist benefits against defendant Farm Bureau pursuant to K.S.A. § 40-284 and the terms of the Farm Bureau insurance policy.

**WHEREFORE,** plaintiff, Janet Ireland, individually and on behalf of the heirs-at-law of John Ireland, Deceased, prays for judgment against defendant, Farm Bureau Property & Casualty Insurance Company, in the amount of One Million Dollars ($1,000,000.00), for costs, for attorney fees pursuant to K.S.A. § 40-908, and for all such further relief as this Court deems just and equitable.

**Respectfully Submitted.**

*/s/Gary D. White, Jr.*
**GARY D. WHITE, JR., # 15103**
Palmer Law Group LLP
2348 SW Topeka Blvd., #100
Topeka, KS 66611
(785) 233-1836 – Office
(785) 233-3703 – Facsimile
gwhite@jpalmerlaw.com

## DEMAND FOR JURY TRIAL

**COMES NOW** the plaintiff, Janet Ireland, individually and on behalf of the heirs-at-law of John Ireland, Deceased, and requests trial by jury in the above-entitled matter.

                                         _/s/Gary D. White, Jr._
                                         **GARY D. WHITE, JR., #15103**